UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                   :

TYRE FRED NEWSOME,             :

                                 :

              Plaintiff,     :                24-CV-5265 (VSB) (GS)

                                 :

          - against -         :

                                 :                **<u>ORDER</u>**

THE NEW YORK CITY FAMILY COURT,  :
*et al*,

                                 :

             Defendants.  :

                                 :
--------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On May 27, 2025, I issued an Opinion & Order denying "Plaintiff's motion for injunctive relief," and dismissing all claims against "Pamela Scheininger, Crystal Villaseñor, and the New York City Family Court." (Doc. 85 at 1.) As I explained, "I will abstain from hearing any requests for injunctive or declaratory relief with respect to Family Court matters," because "abstention is warranted under *Younger v. Harris*, 401 U.S. 37 (1971)," and "the Rooker-Feldman doctrine." (*Id.* at 6–7.)

As a result of my Opinion & Order, I respectfully directed the Clerk of Court "to terminate Docs. 46, 53, 65, and 74," which were the motions filed by Plaintiff that explicitly in their title sought injunctive relief. However, Plaintiff has also made three other motions that appear to seek injunctive relief "with respect to family court matters": Docs. 69, 72, 80. Doc. 69 effectively seeks that I "[d]eclare that all actions, order, and proceedings" in the Family Court "are unconstitutional, void ab initio, and without legal effect," and requests that I "[v]acate all unconstitutional orders and judgments issued by the Family Court." (Doc. 69 at 17.) Doc. 72 is

a motion "demand[ing] that this Court vindicate Plaintiff's constitutional guarantees by vacating all unlawful orders, granting declaratory and injunctive relief, awarding damages, and referring this matter for criminal investigation under federal civil rights statutes." (Doc. 72 at 2.) Finally, Doc. 80 requests that I "[d]eclare all orders issued by Schieninger/Villasenor void ab initio," and "enjoin enforcement of any protective orders." (Doc. 80 at 13.)

Plaintiff shall file a short letter of three pages or less by March 13, 2026 addressing the abstention issues raised in my May 27, 2025 Opinion & Order and clarifying whether he still seeks any of the relief requested in Docs. 69, 72, and 80.

SO ORDERED.

Dated: March 4, 2026
    New York, New York

_____
    Vernon S. Broderick
    United States District Judge