**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
TYRE FRED NEWSOME,

                      Plaintiff,                  **24 Civ. 5265 (VSB) (GS)**

           -against-                      **ORDER**

OFFICER GUTIERREZ, et al.,

                    Defendants.
-------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

Plaintiff has submitted filings styled as "Plaintiff's Motion for Judicial Notice of Facts and Authorities Under Federal Rule of Evidence 201" (Dkt. No. 52) and "Motion for Clarification and Judicial Determination of Statutory Exclusion" (Dkt. No. 90). These filings are procedurally improper as they do not seek any relief to which Plaintiff would be entitled at this stage of the case. To the extent they may be construed as motions seeking leave to amend or supplement the Second Amended Complaint with respect to the new facts alleged and authorities cited, such motions are denied for the same reasons stated in the Court's Orders dated May 6, 2025 (Dkt. No. 84) and November 13, 2025 (Dkt. No. 89). The Clerk of Court is respectfully requested to close the motions at Docket Numbers 52 and 90.

      **SO ORDERED.**

DATED:    New York, New York
            March 18, 2026

                                     _____
                                     The Honorable Gary Stein
                                   United States Magistrate Judge